## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 323 MAL 2021

            Respondent                  :

                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court

            v.                         :

                                     :

GARY TOWNSEND,                    :

                                     :

            Petitioner                 :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.